United States Bankruptcy Court
Middle District of Pennsylvania

In re:  
Dennis Robert Moyer  
Tammy Lee Moyer  
      Debtors

Case No. 16-02445-RNO  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: TWilson     Page 1 of 1     Date Rcvd: Jul 28, 2016  
                    Form ID: ntcnfhrg     Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2016.
```
db/jdb         +Dennis Robert Moyer,    Tammy Lee Moyer,    509 White St.,    Weissport, PA 18235-2708
4800581         Apex Asset,    2501 Oregon Pike,    Lancaster, PA 17601-4890
4800587         Midwst Rcvry,    2747 W Clay St,    Saint Charles, MO 63301-2557
4800588         National Recovery Agen,    2491 Paxton St,    Harrisburg, PA 17111-1036
4800589         Onemain Fi,    PO Box 499,    Hanover, MD 21076-0499
4800590         Penn Credit Corporatio,    916 S 14th St,    Harrisburg, PA 17104-3425
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4800582         E-mail/Text: banko@berkscredit.com Jul 28 2016 19:34:18      Berks Cc,    900 Corporate Dr,
                 Reading, PA 19605-3340
4800583         E-mail/Text: banko@berkscredit.com Jul 28 2016 19:34:18      Berks Credit & Coll,
                 900 Corporate Dr,    Reading, PA 19605-3340
4800584         E-mail/Text: kzoepfel@credit-control.com Jul 28 2016 19:34:34      Central Loan Admin & R,
                 425 Phillips Blvd,    Ewing, NJ 08618-1430
4800585         E-mail/Text: bankruptcy_notifications@ccsusa.com Jul 28 2016 19:34:56      Credit Coll,
                 PO Box 607,    Norwood, MA 02062-0607
4800586        +E-mail/Text: bankruptcygpl@greatplainslending.com Jul 28 2016 19:34:42       Grplndg,
                 112 Paradise Dr,    Red Rock, OK 74651-2202
                                                                                              TOTAL: 5
```

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2016                                     Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2016 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Eric James Filer    on behalf of Debtor Dennis Robert Moyer efiler@uslawcenter.com,
               ecf@uslawcenter.com
              Eric James Filer    on behalf of Joint Debtor Tammy Lee Moyer efiler@uslawcenter.com,
               ecf@uslawcenter.com
              Joshua I Goldman    on behalf of Creditor    HomeBridge Financial Services, Inc.
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5
```

ntcnfhrg (04/13)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Dennis Robert Moyer<br>aka Dennis Moyer, aka Dennis R. Moyer<br>Tammy Lee Moyer<br>aka Tammy Moyer, aka Tammy L. Moyer | Chapter 13<br><br>Case No. 5:16−bk−02445−RNO |
| Debtor(s) | |

## Notice

The confirmation hearing has been scheduled for the Debtor and Joint Debtor on the date indicated below.

A deadline of **August 26, 2016** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| | |
|---|---|
| United States Bankruptcy Court<br>Courtroom #2, Max Rosenn US<br>Courthouse, 197 South Main<br>Street, Wilkes−Barre, PA 18701 | Date: August 31, 2016<br><br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Terrence S. Miller<br>By: TWilson |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: July 28, 2016 |