UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: DENNIS ROBERT MOYER and : CHAPTER 13
    TAMMY LEE MOYER :
       Debtor(s) :
        :
    CHARLES J. DEHART, III :
    STANDING CHAPTER 13 TRUSTEE :
        :
       vs. :
        :
    DENNIS ROBERT MOYER and :
    TAMMY LEE MOYER :
       Respondent(s) : CASE NO. 5-16-bk-02445

TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

    AND NOW, this 25th day of July, 2016, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

    1. Debtor(s)' plan violates 11 U.S.C. Sec. 1322(a)(1) in that the debtor(s) has not submitted all or such portion of the disposable income to the Trustee as required. More specifically,

    Trustee alleges and avers that debtor(s)' disposable income is greater than that which is committed to the plan based upon disposable income on Schedules I and J and specifically disputes the following amounts:

    a. Excess disposable income.

    2. The Trustee avers that debtor(s)' plan is not feasible based upon the following:

    a. Plan ambiguous – Mortgage arrears

    3. Trustee avers that debtor(s)' plan is not feasible and cannot be administered due to the lack of the following:

    a. 2015 Federal Income Tax return.

    WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

      a. Deny confirmation of debtor(s) plan.
      b. Dismiss or convert debtor(s) case.
      c. Provide such other relief as is equitable and just.

Respectfully submitted:

/s/Charles J. DeHart, III
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

CERTIFICATE OF SERVICE

      AND NOW, this 2nd day of August, 2016, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Eric J. Filer, Esquire
811 Blakeslee Blvd. Drive East
Lehighton, PA   18235

/s/Deborah A. Behney
Office of Charles J. DeHart, III
Standing Chapter 13 Trustee