```
                        United States Bankruptcy Court
                         Middle District of Pennsylvania
```

```
In re:                                                   Case No. 16-02445-RNO
Dennis Robert Moyer                                      Chapter 7
Tammy Lee Moyer
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0314-5          User: TWilson          Page 1 of 1          Date Rcvd: Jan 24, 2017
                              Form ID: pdf010         Total Noticed: 1
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 26, 2017.
db/jdb         +Dennis Robert Moyer,   Tammy Lee Moyer,   509 White St.,   Weissport, PA 18235-2708
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                     TOTAL: 0
```

```
          ***** BYPASSED RECIPIENTS *****
NONE.                                                                     TOTAL: 0
```

```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2017                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 24, 2017 at the address(es) listed below:
          Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
          Eric James Filer   on behalf of Debtor Dennis Robert Moyer efiler@uslawcenter.com,
           ecf@uslawcenter.com
          Eric James Filer   on behalf of Joint Debtor Tammy Lee Moyer efiler@uslawcenter.com,
           ecf@uslawcenter.com
          Joshua I Goldman   on behalf of Creditor   HomeBridge Financial Services, Inc.
           bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Thomas I Puleo   on behalf of Creditor   HomeBridge Financial Services, Inc.
           tpuleo@goldbecklaw.com
          United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                     TOTAL: 6
```

# UNITED STATES BANKRUPTCY COURT FOR
# THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: DENNIS ROBERT MOYER and<br>    TAMMY LEE MOYER | : | No. 5:16-bk-02445 |
| | : | |

| | | |
|---|---|---|
| CHARLES J. DEHART, III, and | : | |
| UNITED STATES TRUSTEE | : | |
|             Movant/Trustee, | : | |
| | : | |
|     vs. | : | |
| | : | |
| DENNIS R. MOYER and | : | |
| TAMMY L. MOYER, | : | |
|             Respondents/Debtors. | : | |

## ORDER

AND NOW upon consideration of Debtors' Motion to Convert, it is hereby ORDERED and DECREED that the Motion to Convert is GRANTED and that this case shall be converted to a Chapter 7 Proceeding.

By the Court,

*Robert N. Opel II*

Robert N. Opel, II, Chief Bankruptcy Judge
(PAR)

Dated: January 24, 2017