```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                          Case No. 16-02445-RNO
Dennis Robert Moyer                                             Chapter 7
Tammy Lee Moyer
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5          User: TWilson          Page 1 of 1          Date Rcvd: Jan 26, 2017
                              Form ID: pdf010        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 28, 2017.
jdb          +Tammy Lee Moyer,    509 White St.,    Weissport, PA 18235-2708

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 28, 2017                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 26, 2017 at the address(es) listed below:
              Eric James Filer    on behalf of Debtor Dennis Robert Moyer efiler@uslawcenter.com,
               ecf@uslawcenter.com
              Eric James Filer    on behalf of Joint Debtor Tammy Lee Moyer efiler@uslawcenter.com,
               ecf@uslawcenter.com
              Joshua I Goldman    on behalf of Creditor    HomeBridge Financial Services, Inc.
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              Robert P. Sheils, Jr (Trustee)    rsheils@sheilslaw.com,
               rmcdonald@sheilslaw.com;PA41@ecfcbis.com;psheldon@sheilslaw.com
              Thomas I Puleo    on behalf of Creditor    HomeBridge Financial Services, Inc.
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 6

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:

TAMMY LEE MOYER
aka TAMMY MOYER
aka TAMMY L. MOYER
DENNIS ROBERT MOYER
aka DENNIS MOYER
aka DENNIS R. MOYER } Debtor(s)

HOMEBRIDGE FINANCIAL SERVICES, INC. } Movant(s)
vs.

TAMMY LEE MOYER
aka TAMMY MOYER
aka TAMMY L. MOYER
DENNIS ROBERT MOYER
aka DENNIS MOYER
aka DENNIS R. MOYER
CHARLES J. DEHART, III, ESQUIRE } Respondent(s)

Chapter: 7

Case Number: 1-16-bk-02445 RNO

Document No.: 28

Nature of Proceeding: Motion for Relief from Automatic Stay

## ORDER

After due consideration of the Motion for Relief from the Automatic Stay ("Motion") filed to Docket No. 28, and the Debtors' Answer thereto, after hearing held on January 26, 2017, it is

ORDERED that hearing on the Motion is continued to February 9, 2017, at 9:30 a.m., in Courtroom No. 2, Max Rosenn United States Courthouse, 197 South Main Street, Wilkes-Barre, Pennsylvania; and,

FURTHER ORDERED that the Movant, HomeBridge Financial Services, Inc., is directed to serve the Motion upon the Chapter 7 Trustee; and,

FURTHER ORDERED that the Movant is directed to file a certificate of service evidencing service of the Motion upon the Chapter 7 Trustee.

Date: January 26, 2017

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge
(BI)

MDPA-Blank Order with Parties.wpt- REV 01/14