```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                         Case No. 16-02445-RNO
Dennis Robert Moyer                                            Chapter 7
Tammy Lee Moyer
           Debtors                CERTIFICATE OF NOTICE
District/off: 0314-5        User: TWilson            Page 1 of 1         Date Rcvd: Feb 09, 2017
                            Form ID: pdf010          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 11, 2017.
db/jdb        +Dennis Robert Moyer,   Tammy Lee Moyer,   509 White St.,   Weissport, PA 18235-2708

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 11, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 9, 2017 at the address(es) listed below:
              Eric James Filer    on behalf of Debtor Dennis Robert Moyer efiler@uslawcenter.com,
               ecf@uslawcenter.com
              Eric James Filer    on behalf of Joint Debtor Tammy Lee Moyer efiler@uslawcenter.com,
               ecf@uslawcenter.com
              Joshua I Goldman    on behalf of Creditor    HomeBridge Financial Services, Inc.
               bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Robert P. Sheils, Jr (Trustee)    rsheils@sheilslaw.com,
               rmcdonald@sheilslaw.com;PA41@ecfcbis.com;psheldon@sheilslaw.com
              Thomas I Puleo    on behalf of Creditor    HomeBridge Financial Services, Inc.
               tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Tammy Lee Moyer aka Tammy Moyer aka Tammy L. Moyer<br>Dennis Robert Moyer aka Dennis Moyer aka Dennis R. Moyer<br>        Debtor | CHAPTER 13 |
| HomeBridge Financial Services, Inc.<br>        Movant<br>vs. | NO. 16-02445 RNO |
| Tammy Lee Moyer aka Tammy Moyer aka Tammy L. Moyer<br>Dennis Robert Moyer aka Dennis Moyer aka Dennis R. Moyer<br>        Debtor | 11 U.S.C. Section 362 and 1301 |
| Charles J. DeHart, III Esq.<br>        Trustee | |

## ORDER

Upon consideration of Movant's Motion for Relief from the Automatic Stay, the Debtors' Answer thereto having been withdrawn in open court at a hearing held on February 9, 2017, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is GRANTED and the Automatic Stay of all proceeding, as provided under Section 362 and Section 1301 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 509 White Street, Weissport, PA 18235 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

By the Court,

*Robert N. Opel II* (signature)

Robert N. Opel, II, Chief Bankruptcy Judge
(BI)

Dated: February 9, 2017