## STRUCTURAL METAL FABRICATORS INC
PALMERTON PA 18071

CO. NO. 17079

| DEPT NO | EMPL NO | EMPLOYEE NAME | TAXPAYER ID | FED WH STATUS | PAY PERIOD | CHECK DATE | DIRDEP NO |
|---|---|---|---|---|---|---|---|
| 2 | | DENNIS R MOYER | -9407 | M  4 | 2/19/17-3/04/17 | 3/09/17 | 680 |

| EARNINGS | HOURS/UNITS | RATE | THIS PAY | DEDS | THIS PAY | Y-T-D | DESCR | THIS PAY | Y-T-D |
|---|---|---|---|---|---|---|---|---|---|
| REG | 56.00 | 14.000 | 784.00 | SOCSEC | 48.61 | 320.30 | GROSS | 784.00 | 5166.00 |
| | | | | MDCARE | 11.37 | 74.92 | | | |
| | | | | PA TAX | 24.07 | 158.60 | | | |
| | | | | CTY TX | 7.84 | 51.66 | | | |
| | | | | SUI | .55 | 3.62 | | | |
| | | | | LST | 2.00 | 10.00 | | | |
| | | | | FED WH | | 55.88 | | | |
| | | TOTAL PAY | 784.00 | TOTAL DEDUCTIONS | | 94.44 | NET PAY | | 689.56 |

S  .00
V  .00

| TAXABLE WAGES | THIS PAY | YTD |
|---|---|---|
| FEDERAL | 784.00 | 5166.00 |
| SOCSEC | 784.00 | 5166.00 |
| MDCARE | 784.00 | 5166.00 |
| STATE | 784.00 | 5166.00 |
| LOCAL | 784.00 | 5166.00 |

*jetPay*

## PAY STATEMENT

## PAYROLL VOUCHER

STRUCTURAL METAL FABRICATORS INC
1226 LITTLE GAP ROAD
PALMERTON PA 18071

| DATE | DIRDEP NO |
|---|---|
| 3/09/17 | 680 |
| NET PAY | |
| ******************** | |



NET PAY OF $689.56 DIRECTLY DEPOSITED TO YOUR CHECKING ACCOUNT

PAY TO THE ORDER OF
DENNIS R MOYER
509 WHITE STREET
WEISSPORT PA  18235

**NON-NEGOTIABLE**
Authorized Signature

# PAY STATEMENT

**STRUCTURAL METAL FABRICATORS INC**
PALMERTON PA 18071

CO. NO. 17079

| DEPT NO | EMPL NO | EMPLOYEE NAME | TAXPAYER ID | FED WH STATUS | PAY PERIOD | CHECK DATE | DIRDEP NO |
|---|---|---|---|---|---|---|---|
| 2 | ▓▓▓ | DENNIS R MOYER | ▓▓▓9407 | M 4 | 2/05/17-2/18/17 | 2/23/17 | 613 |

| EARNINGS | HOURS/UNITS | RATE | THIS PAY | DEDS | THIS PAY | Y-T-D | DESCR | THIS PAY | Y-T-D |
|---|---|---|---|---|---|---|---|---|---|
| REG | 72.00 | 14.000 | 1008.00 | SOCSEC | 62.50 | 271.69 | GROSS | 1008.00 | 4382.00 |
|  |  |  |  | MDCARE | 14.62 | 63.55 |  |  |  |
|  |  |  |  | FED WH | 5.22 | 55.88 |  |  |  |
|  |  |  |  | PA TAX | 30.95 | 134.53 |  |  |  |
|  |  |  |  | CTY TX | 10.08 | 43.82 |  |  |  |
|  |  |  |  | SUI | .71 | 3.07 |  |  |  |
|  |  |  |  | LST | 2.00 | 8.00 |  |  |  |
|  | **TOTAL PAY** |  | **1008.00** | **TOTAL DEDUCTIONS** |  | **126.08** | **NET PAY** |  | **881.92** |

S .00
V .00

| TAXABLE WAGES | THIS PAY | YTD |
|---|---|---|
| FEDERAL | 1008.00 | 4382.00 |
| SOCSEC | 1008.00 | 4382.00 |
| MDCARE | 1008.00 | 4382.00 |
| STATE | 1008.00 | 4382.00 |
| LOCAL | 1008.00 | 4382.00 |

JetPay

# PAYROLL VOUCHER

STRUCTURAL METAL FABRICATORS INC
1226 LITTLE GAP ROAD
PALMERTON PA 18071

| DATE | DIRDEP NO |
|---|---|
| 2/23/17 | 613 |
| **NET PAY** | |
| ******************** | |

NET PAY OF $881.92 DIRECTLY DEPOSITED TO YOUR CHECKING ACCOUNT

DEPT NO  EMPL NO

PAY TO THE ORDER OF
DENNIS R MOYER
509 WHITE STREET
WEISSPORT PA 18235

**NON-NEGOTIABLE**
Authorized Signature

**STRUCTURAL METAL FABRICATORS INC**
PALMERTON PA 18071

CO. NO. 17079

| DEPT NO | EMPL NO | EMPLOYEE NAME | TAXPAYER ID | FED WH STATUS | | PAY PERIOD | CHECK DATE | DIRDEP NO |
|---|---|---|---|---|---|---|---|---|
| 2 | | DENNIS R MOYER | 9407 | M | 4 | 1/22/17-2/04/17 | 2/09/17 | 548 |

| EARNINGS | HOURS/UNITS | RATE | THIS PAY | DEDS | THIS PAY | Y-T-D | DESCR | THIS PAY | Y-T-D |
|---|---|---|---|---|---|---|---|---|---|
| REG | 80.00 | 14.000 | 1120.00 | SOCSEC | 77.25 | 209.19 | GROSS | 1246.00 | 3374.00 |
| OT 1 | 6.00 | 21.000 | 126.00 | MDCARE | 18.07 | 48.93 | | | |
| | | | | FED WH | 29.02 | 50.66 | | | |
| | | | | PA TAX | 38.25 | 103.58 | | | |
| | | | | CTY TX | 12.46 | 33.74 | | | |
| | | | | SUI | .87 | 2.36 | | | |
| | | | | LST | 2.00 | 6.00 | | | |
| | TOTAL PAY | | 1246.00 | TOTAL DEDUCTIONS | | 177.92 | NET PAY | | 1068.08 |

S .00
V .00

| | TAXABLE WAGES | |
|---|---|---|
| | THIS PAY | YTD |
| FEDERAL | 1246.00 | 3374.00 |
| SOCSEC | 1246.00 | 3374.00 |
| MDCARE | 1246.00 | 3374.00 |
| STATE | 1246.00 | 3374.00 |
| LOCAL | 1246.00 | 3374.00 |

**PAY STATEMENT**

**PAYROLL VOUCHER**

STRUCTURAL METAL FABRICATORS INC
1226 LITTLE GAP ROAD
PALMERTON PA 18071

| DATE | DIRDEP NO |
|---|---|
| 2/09/17 | 548 |
| NET PAY | |
| ****************** | |

NET PAY OF $1068.08 DIRECTLY DEPOSITED TO YOUR CHECKING ACCOUNT

DEPT NO  EMPL NO

PAY TO THE ORDER OF
DENNIS R MOYER
509 WHITE STREET
WEISSPORT PA 18235

**NON-NEGOTIABLE**
Authorized Signature

## STRUCTURAL METAL FABRICATORS INC
PALMERTON PA 18071

CO. NO. 17079

| DEPT NO | EMPL NO | EMPLOYEE NAME | TAXPAYER ID | FED WH STATUS | PAY PERIOD | CHECK DATE | DIRDEP NO |
|---|---|---|---|---|---|---|---|
| 2 | | DENNIS R MOYER | 07 | M 4 | 1/08/17-1/21/17 | 1/26/17 | 484 |

| EARNINGS | HOURS/UNITS | RATE | THIS PAY | DEDS | THIS PAY | Y-T-D | DESCR | THIS PAY | Y-T-D |
|---|---|---|---|---|---|---|---|---|---|
| REG | 80.00 | 14.000 | 1120.00 | SOCSEC | 69.44 | 131.94 | GROSS | 1120.00 | 2128.00 |
| | | | | MDCARE | 16.24 | 30.86 | | | |
| | | | | FED WH | 16.42 | 21.64 | | | |
| | | | | PA TAX | 34.38 | 65.33 | | | |
| | | | | CTY TX | 11.20 | 21.28 | | | |
| | | | | SUI | .78 | 1.49 | | | |
| | | | | LST | 2.00 | 4.00 | | | |
| | TOTAL PAY | | 1120.00 | TOTAL DEDUCTIONS | | 150.46 | NET PAY | | 969.54 |

S .00
V .00

| | TAXABLE WAGES | |
|---|---|---|
| | THIS PAY | YTD |
| FEDERAL | 1120.00 | 2128.00 |
| SOCSEC | 1120.00 | 2128.00 |
| MDCARE | 1120.00 | 2128.00 |
| STATE | 1120.00 | 2128.00 |
| LOCAL | 1120.00 | 2128.00 |

**PAY STATEMENT**

## PAYROLL VOUCHER

STRUCTURAL METAL FABRICATORS INC
1226 LITTLE GAP ROAD
PALMERTON PA 18071

| DATE | DIRDEP NO |
|---|---|
| 1/26/17 | 484 |
| NET PAY | |
| ******************* | |

NET PAY OF $969.54 DIRECTLY DEPOSITED TO YOUR CHECKING ACCOUNT

PAY TO THE ORDER OF
DENNIS R MOYER
509 WHITE STREET
WEISSPORT PA 18235

**NON-NEGOTIABLE**
Authorized Signature

## STRUCTURAL METAL FABRICATORS INC
PALMERTON PA 18071

CO. NO. 17079

| DEPT NO | EMPL NO | EMPLOYEE NAME | TAXPAYER ID | FED WH STATUS | PAY PERIOD | CHECK DATE | DIRDEP NO |
|---|---|---|---|---|---|---|---|
| 2 | | DENNIS R MOYER | 9407 | M  4 | 12/24/16-1/06/17 | 1/12/17 | 417 |

| EARNINGS | HOURS/UNITS | RATE | THIS PAY | DEDS | THIS PAY | Y-T-D | DESCR | THIS PAY | Y-T-D |
|---|---|---|---|---|---|---|---|---|---|
| REG | 56.00 | 14.000 | 784.00 | SOCSEC | 62.50 | 62.50 | GROSS | 1008.00 | 1008.00 |
| HOL | 16.00 | 14.000 | 224.00 | MDCARE | 14.62 | 14.62 | | | |
| | | | | FED WH | 5.22 | 5.22 | | | |
| | | | | PA TAX | 30.95 | 30.95 | | | |
| | | | | CTY TX | 10.08 | 10.08 | | | |
| | | | | SUI | .71 | .71 | | | |
| | | | | LST | 2.00 | 2.00 | | | |

| | TOTAL PAY | 1008.00 | TOTAL DEDUCTIONS | 126.08 | NET PAY | 881.92 |
|---|---|---|---|---|---|---|

S  .00
V  .00

| | TAXABLE WAGES | |
|---|---|---|
| | THIS PAY | YTD |
| FEDERAL | 1008.00 | 1008.00 |
| SOCSEC | 1008.00 | 1008.00 |
| MDCARE | 1008.00 | 1008.00 |
| STATE | 1008.00 | 1008.00 |
| LOCAL | 1008.00 | 1008.00 |

**PAY STATEMENT**

# PAYROLL VOUCHER

STRUCTURAL METAL FABRICATORS INC
1226 LITTLE GAP ROAD
PALMERTON PA  18071

| DATE | DIRDEP NO |
|---|---|
| 1/12/17 | 417 |
| NET PAY | |
| ****************** | |

NET PAY OF $881.92 DIRECTLY DEPOSITED TO YOUR CHECKING ACCOUNT



PAY TO THE ORDER OF
DENNIS R MOYER
509 WHITE STREET
WEISSPORT PA   18235

**NON-NEGOTIABLE**
Authorized Signature

STRUCTURAL METAL FABRICATORS INC
PALMERTON PA 18071

CO. NO. 17079

| DEPT NO | EMPL NO | EMPLOYEE NAME | TAXPAYER ID | FED WH STATUS | PAY PERIOD | CHECK DATE | DIRDEP NO |
|---|---|---|---|---|---|---|---|
| 2 | ▮▮▮ | ENNIS R MOYER | ▮▮▮9407 | M 4 | 11/27/16-12/10/16 | 12/15/16 | 281 |

| EARNINGS | HOURS/UNITS | RATE | THIS PAY | DEDS | THIS PAY | Y-T-D | DESCR | THIS PAY | Y-T-D |
|---|---|---|---|---|---|---|---|---|---|
| REG | 72.00 | 14.000 | 1008.00 | SOCSEC | 70.31 | 259.53 | GROSS | 1134.00 | 4186.00 |
| OT 1 | 6.00 | 21.000 | 126.00 | MDCARE | 16.44 | 60.69 | | | |
| | | | | FED WH | 18.21 | 78.43 | | | |
| | | | | PA TAX | 34.81 | 128.50 | | | |
| | | | | CTY TX | 11.34 | 41.86 | | | |
| | | | | SUI | .79 | 2.92 | | | |
| | | | | LST | 2.00 | 8.00 | | | |

| | TOTAL PAY | 1134.00 | TOTAL DEDUCTIONS | 153.90 | NET PAY | 980.10 |

S  .00
V  .00

| | TAXABLE WAGES | |
|---|---|---|
| | THIS PAY | YTD |
| FEDERAL | 1134.00 | 4186.00 |
| SOCSEC | 1134.00 | 4186.00 |
| MDCARE | 1134.00 | 4186.00 |
| STATE | 1134.00 | 4186.00 |
| LOCAL | 1134.00 | 4186.00 |

**PAY STATEMENT**

# PAYROLL VOUCHER

STRUCTURAL METAL FABRICATORS INC
1226 LITTLE GAP ROAD
PALMERTON PA  18071

| DATE | DIRDEP NO |
|---|---|
| 12/15/16 | 281 |
| NET PAY | |
| ****************** | |

NET PAY OF $980.10 DIRECTLY DEPOSITED TO YOUR CHECKING ACCOUNT

PAY
TO THE
ORDER OF

DENNIS R MOYER
509 WHITE STREET
WEISSPORT PA  18235

**NON-NEGOTIABLE**
Authorized Signature

# STRUCTURAL METAL FABRICATORS INC
PALMERTON PA 18071

CO. NO. 17079

| DEPT NO | EMPL NO | EMPLOYEE NAME | TAXPAYER ID | FED WH STATUS | PAY PERIOD | CHECK DATE | CHECK NO |
|---|---|---|---|---|---|---|---|
| 2 | ▮ | DENNIS R MOYER | ▮9407 | M 4 | 11/13/16-11/26/16 | 12/01/16 | 50115 |

| EARNINGS | HOURS/UNITS | RATE | THIS PAY | DEDS | THIS PAY | Y-T-D | DESCR | THIS PAY | Y-T-D |
|---|---|---|---|---|---|---|---|---|---|
| REG | 72.00 | 14.000 | 1008.00 | SOCSEC | 70.31 | 189.22 | GROSS | 1134.00 | 3052.00 |
| OT1 | 6.00 | 21.000 | 126.00 | MDCARE | 16.44 | 44.25 | | | |
| | | | | FED WH | 18.21 | 60.22 | | | |
| | | | | PA TAX | 34.81 | 93.69 | | | |
| | | | | CTY TX | 11.34 | 30.52 | | | |
| | | | | SUI | .79 | 2.13 | | | |
| | | | | LST | 2.00 | 6.00 | | | |
| | | TOTAL PAY | 1134.00 | TOTAL DEDUCTIONS | | 153.90 | NET PAY | | 980.10 |

S .00
V .00

| | TAXABLE WAGES | |
|---|---|---|
| | THIS PAY | YTD |
| FEDERAL | 1134.00 | 3052.00 |
| SOCSEC | 1134.00 | 3052.00 |
| MDCARE | 1134.00 | 3052.00 |
| STATE | 1134.00 | 3052.00 |
| LOCAL | 1134.00 | 3052.00 |

**PAY STATEMENT**

*Direct Deposit in effect for next pay!* (handwritten)