SMNRC LP      HTNC
1388 State Route 487
Bloomsburg, PA 17815

NON NEGOTIABLE

| | DATE | AMOUNT |
|---|---|---|
| | 03/03/2017 | $554.60 |

PAY FIVE HUNDRED FIFTY FOUR DOLLARS and 60 CENTS

TO THE ORDER OF
TAMMY MOYER
509 WHITE ST
WEISSPORT, PA 18235

| | Deposit Amount |
|---|---|
| Deposit Account 1 | 554.60 |
| Deposit Account 2 | |
| Deposit Account 3 | |
| Deposit Account 4 | |
| Deposit Account 5 | |

| HTNC | | MOYER, T. | | | 02/26/2017 |
|---|---|---|---|---|---|
| PAYGROUP | EMPLOYEE NO. | EMPLOYEE NAME | | | PERIOD END |

| EARNINGS | HRS/UNITS | CURRENT AMOUNT | YEAR TO DATE | DEDUCTIONS | CURRENT AMOUNT | YEAR TO DATE |
|---|---|---|---|---|---|---|
| Regular | 64.000 | 646.40 | 3219.20 | FED INCOME TAX | 33.64 | 185.13 |
| Holiday | 0.000 | 0.00 | 81.68 | MEDICARE TAX | 9.70 | 50.95 |
| Other Pay | 0.000 | 0.00 | 131.00 | FICA TAX | 41.49 | 217.93 |
| Overtime I | 1.500 | 22.73 | 82.95 | PA STATE TAX | 20.54 | 107.91 |
| | | | | Tamaqua B LST | 2.00 | 10.00 |
| | | | | PA EE UNEMP TAX | 0.47 | 2.46 |
| | | | | PA130206 Weissp | 6.69 | 35.14 |

| 10.10 | 669.13 | 554.60 | 3514.83 | 609.52 | 2905.31 |
|---|---|---|---|---|---|
| Base Pay | GROSS EARNINGS | NET PAY | Y.T.D. EARNINGS | Y.T.D. DEDUCTIONS | Y.T.D. NET PAY |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| VACATION BALANCE | VACATION TAKEN | ILLNESS BALANCE | ILLNESS TAKEN | PERSONAL BALANCE | PERSONAL TAKEN |

SMNRC LP      HTNC
1388 State Route 487
Bloomsburg, PA 17815

DATE        AMOUNT
02/17/2017     $533.59

PAY FIVE HUNDRED THIRTY THREE DOLLARS and 59 CENTS

TO THE
ORDER
OF

TAMMY MOYER
509 WHITE ST
WEISSPORT, PA 18235

Deposit Amount

Deposit Account 1      533.59
Deposit Account 2
Deposit Account 3
Deposit Account 4
Deposit Account 5

**NON NEGOTIABLE**

| HTNC PAYGROUP | EMPLOYEE NO. | MOYER, T. EMPLOYEE NAME | | | 02/12/2017 PERIOD END | |
|---|---|---|---|---|---|---|
| EARNINGS | HRS/UNITS | CURRENT AMOUNT | YEAR TO DATE | DEDUCTIONS | CURRENT AMOUNT | YEAR TO DATE |
| Regular | 56.000 | 565.60 | 2572.80 | FED INCOME TAX | 30.96 | 151.49 |
| Holiday | 0.000 | 0.00 | 81.68 | MEDICARE TAX | 9.31 | 41.25 |
| Other Pay | 0.000 | 65.31 | 131.00 | FICA TAX | 39.82 | 176.44 |
| Overtime I | 0.750 | 11.36 | 60.22 | PA STATE TAX | 19.72 | 87.37 |
| | | | | Tamaqua B LST | 2.00 | 8.00 |
| | | | | PA EE UNEMP TAX | 0.45 | 1.99 |
| | | | | PA130206 Weissp | 6.42 | 28.45 |

| 10.10 Base Pay | 642.27 GROSS EARNINGS | 533.59 NET PAY | 2845.70 Y.T.D. EARNINGS | 494.99 Y.T.D. DEDUCTIONS | 2350.71 Y.T.D. NET PAY |
|---|---|---|---|---|---|
| 0.00 VACATION BALANCE | 0.00 VACATION TAKEN | 0.00 ILLNESS BALANCE | 0.00 ILLNESS TAKEN | 0.00 PERSONAL BALANCE | 0.00 PERSONAL TAKEN |

SMNRC LP          HTNC
1388 State Route 487
Bloomsburg, PA 17815

| | DATE | AMOUNT |
|---|---|---|
| | 02/03/2017 | $611.86 |

PAY  SIX HUNDRED ELEVEN DOLLARS and 86 CENTS

TO THE ORDER OF
TAMMY MOYER
509 WHITE ST
WEISSPORT, PA  18235

Deposit Amount

| | |
|---|---|
| Deposit Account 1 | 611.86 |
| Deposit Account 2 | |
| Deposit Account 3 | |
| Deposit Account 4 | |
| Deposit Account 5 | |

**NON NEGOTIABLE**

| HTNC PAYGROUP | EMPLOYEE NO. | | MOYER, T. EMPLOYEE NAME | | | 01/29/2017 PERIOD END | |
|---|---|---|---|---|---|---|---|
| EARNINGS | HRS/UNITS | CURRENT AMOUNT | YEAR TO DATE | DEDUCTIONS | CURRENT AMOUNT | YEAR TO DATE |
| Regular | 72.000 | 727.20 | 2007.20 | FED INCOME TAX | 40.97 | 120.53 |
| Holiday | 0.000 | 0.00 | 81.68 | MEDICARE TAX | 10.76 | 31.94 |
| Other Pay | 0.000 | 0.00 | 65.69 | FICA TAX | 46.03 | 136.62 |
| Overtime I | 1.000 | 15.15 | 48.86 | PA STATE TAX | 22.79 | 67.65 |
| | | | | Tamaqua B LST | 2.00 | 6.00 |
| | | | | PA EE UNEMP TAX | 0.52 | 1.54 |
| | | | | PA130206 Weissp | 7.42 | 22.03 |

| 10.10 Base Pay | 742.35 GROSS EARNINGS | 611.86 NET PAY | 2203.43 Y.T.D. EARNINGS | 386.31 Y.T.D. DEDUCTIONS | 1817.12 Y.T.D. NET PAY |
|---|---|---|---|---|---|
| 0.00 VACATION BALANCE | 0.00 VACATION TAKEN | 0.00 ILLNESS BALANCE | 0.00 ILLNESS TAKEN | 0.00 PERSONAL BALANCE | 0.00 PERSONAL TAKEN |

SMNRC LP        HTNC
1388 State Route 487
Bloomsburg, PA 17815

| DATE | AMOUNT |
|---|---|
| 01/20/2017 | $600.05 |

PAY SIX HUNDRED DOLLARS and 05 CENTS

TO THE
ORDER
OF

TAMMY MOYER
509 WHITE ST
WEISSPORT, PA  18235

Deposit Amount

| Deposit Account 1 | 600.05 |
| Deposit Account 2 | |
| Deposit Account 3 | |
| Deposit Account 4 | |
| Deposit Account 5 | |

**NON NEGOTIABLE**

| HTNC PAYGROUP | EMPLOYEE NO. | MOYER, T. EMPLOYEE NAME | | | 01/15/2017 PERIOD END | | |
|---|---|---|---|---|---|---|---|
| EARNINGS | HRS/UNITS | CURRENT AMOUNT | YEAR TO DATE | DEDUCTIONS | CURRENT AMOUNT | YEAR TO DATE |
| Regular | 64.000 | 646.40 | 1280.00 | FED INCOME TAX | 39.45 | 79.56 |
| Holiday | 0.000 | 0.00 | 81.68 | MEDICARE TAX | 10.54 | 21.18 |
| Other Pay | 0.000 | 65.69 | 65.69 | FICA TAX | 45.09 | 90.59 |
| Overtime I | 1.000 | 15.15 | 33.71 | PA STATE TAX | 22.33 | 44.86 |
| | | | | Tamaqua B LST | 2.00 | 4.00 |
| | | | | PA EE UNEMP TAX | 0.51 | 1.02 |
| | | | | PA130206 Weissp | 7.27 | 14.61 |

| 10.10 Base Pay | 727.24 GROSS EARNINGS | 600.05 NET PAY | 1461.08 Y.T.D. EARNINGS | 255.82 Y.T.D. DEDUCTIONS | 1205.26 Y.T.D. NET PAY |
|---|---|---|---|---|---|
| 0.00 VACATION BALANCE | 0.00 VACATION TAKEN | 0.00 ILLNESS BALANCE | 0.00 ILLNESS TAKEN | 0.00 PERSONAL BALANCE | 0.00 PERSONAL TAKEN |

SMNRC LP    HTNC
1388 State Route 487
Bloomsburg, PA 17815

NON NEGOTIABLE

| | DATE | AMOUNT |
|---|---|---|
| | 12/09/2016 | $414.16 |

PAY FOUR HUNDRED FOURTEEN DOLLARS and 16 CENTS

TO THE ORDER OF
TAMMY MOYER
509 WHITE ST
WEISSPORT, PA  18235

Deposit Account 1
Deposit Account 2
Deposit Account 3
Deposit Account 4
Deposit Account 5

Deposit Amount
414.16

| HTNC PAYGROUP | EMPLOYEE NO. | | MOYER, T. EMPLOYEE NAME | | | 12/04/2016 PERIOD END |
|---|---|---|---|---|---|---|
| EARNINGS | HRS/UNITS | CURRENT AMOUNT | YEAR TO DATE | DEDUCTIONS | CURRENT AMOUNT | YEAR TO DATE |
| Regular | 48.000 | 475.20 | 2823.97 | FED INCOME TAX | 16.12 | 108.57 |
| Non-Productive | 0.000 | 0.00 | 51.98 | MEDICARE TAX | 7.11 | 44.37 |
| Bonus | 0.000 | 0.00 | 53.69 | FICA TAX | 30.38 | 189.64 |
| Other Pay | 0.000 | 0.00 | 51.19 | PA STATE TAX | 15.04 | 93.91 |
| Overtime I | 1.000 | 14.85 | 77.97 | Tamaqua B LST | 2.00 | 12.00 |
| | | | | PA EE UNEMP TAX | 0.34 | 2.13 |
| | | | | PA130206 Weissp | 4.90 | 30.59 |

| 9.90 | 490.05 | 414.16 | 3058.80 | 481.21 | 2577.59 |
|---|---|---|---|---|---|
| Base Pay | GROSS EARNINGS | NET PAY | Y.T.D. EARNINGS | Y.T.D. DEDUCTIONS | Y.T.D. NET PAY |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| VACATION BALANCE | VACATION TAKEN | ILLNESS BALANCE | ILLNESS TAKEN | PERSONAL BALANCE | PERSONAL TAKEN |

SMNRC LP          HTNC
1388 State Route 487
Bloomsburg, PA 17815

DATE          AMOUNT

11/25/2016    $448.38

PAY  FOUR HUNDRED FORTY EIGHT DOLLARS and 38 CENTS

TO THE  TAMMY MOYER
ORDER
OF      509 WHITE ST
        WEISSPORT, PA  18235

Deposit Amount

Deposit Account 1          448.38
Deposit Account 2
Deposit Account 3
Deposit Account 4
Deposit Account 5

**NON NEGOTIABLE**

| HTNC | | MOYER, T. | | | | 11/20/2016 |
|------|------|------|------|------|------|------|
| PAYGROUP | EMPLOYEE NO. | EMPLOYEE NAME | | | | PERIOD END |
| EARNINGS | HRS/UNITS | CURRENT AMOUNT | YEAR TO DATE | DEDUCTIONS | CURRENT AMOUNT | YEAR TO DATE |
| Regular | 48.000 | 475.20 | 2348.77 | FED INCOME TAX | 20.50 | 92.45 |
| Non-Productive | 0.000 | 0.00 | 51.98 | MEDICARE TAX | 7.74 | 37.26 |
| Bonus | 0.000 | 0.00 | 53.69 | FICA TAX | 33.10 | 159.26 |
| Other Pay | 0.000 | 51.19 | 51.19 | PA STATE TAX | 16.39 | 78.87 |
| Overtime I | 0.500 | 7.43 | 63.12 | Tamaqua B LST | 2.00 | 10.00 |
| | | | | PA EE UNEMP TAX | 0.37 | 1.79 |
| | | | | PA130206 Weissp | 5.34 | 25.69 |

| 9.90 | 533.82 | 448.38 | 2568.75 | 405.32 | 2163.43 |
|------|------|------|------|------|------|
| Base Pay | GROSS EARNINGS | NET PAY | Y.T.D. EARNINGS | Y.T.D. DEDUCTIONS | Y.T.D. NET PAY |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| VACATION BALANCE | VACATION TAKEN | ILLNESS BALANCE | ILLNESS TAKEN | PERSONAL BALANCE | PERSONAL TAKEN |

SMNRC LP          HTNC
1388 State Route 487
Bloomsburg, PA 17815

DATE          AMOUNT
11/11/2016    $446.09

PAY  FOUR HUNDRED FORTY SIX DOLLARS and 09 CENTS

TO THE
ORDER  TAMMY MOYER
OF     509 WHITE ST
       WEISSPORT, PA  18235

Deposit Account 1          Deposit Amount
Deposit Account 2          446.09
Deposit Account 3
Deposit Account 4
Deposit Account 5

**NON NEGOTIABLE**

| HTNC PAYGROUP | | MOYER, T. | | | 11/06/2016 |
|---|---|---|---|---|---|
| | EMPLOYEE NO. | EMPLOYEE NAME | | | PERIOD END |
| EARNINGS | HRS/UNITS | CURRENT AMOUNT | YEAR TO DATE | DEDUCTIONS | CURRENT AMOUNT | YEAR TO DATE |

| EARNINGS | HRS/UNITS | CURRENT AMOUNT | YEAR TO DATE | DEDUCTIONS | CURRENT AMOUNT | YEAR TO DATE |
|---|---|---|---|---|---|---|
| Regular | 53.250 | 527.17 | 1873.57 | FED INCOME TAX | 20.20 | 71.95 |
| Non-Productive | 0.000 | 0.00 | 51.98 | MEDICARE TAX | 7.70 | 29.52 |
| Bonus | 0.000 | 0.00 | 53.69 | FICA TAX | 32.91 | 126.16 |
| Overtime I | 0.250 | 3.71 | 55.69 | PA STATE TAX | 16.30 | 62.48 |
| | | | | Tamaqua B LST | 2.00 | 8.00 |
| | | | | PA EE UNEMP TAX | 0.37 | 1.42 |
| | | | | PA130206 Weissp | 5.31 | 20.35 |

| 9.90 | 530.88 | 446.09 | 2034.93 | 319.88 | 1715.05 |
|---|---|---|---|---|---|
| Base Pay | GROSS EARNINGS | NET PAY | Y.T.D. EARNINGS | Y.T.D. DEDUCTIONS | Y.T.D. NET PAY |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| VACATION BALANCE | VACATION TAKEN | ILLNESS BALANCE | ILLNESS TAKEN | PERSONAL BALANCE | PERSONAL TAKEN |

| HTNC | | | | | | |
|---|---|---|---|---|---|---|
| | EMPLOYEE NO. | | | EMPLOYEE NAME | PERIOD END | CHECK NO. |
| | | | | MOYER, T. | 10/23/2016 | 0603761 |

| Paygroup | HRS/UNITS | CURRENT AMOUNT | YEAR TO DATE | DEDUCTIONS | CURRENT AMOUNT | YEAR TO DATE |
|---|---|---|---|---|---|---|
| EARNINGS | | | | | | |
| Regular | 48.00 | 475.20 | 1346.40 | FED INCOME TAX | 22.60 | 51.75 |
| Non-Productive | 0.00 | 0.00 | 51.98 | MEDICARE TAX | 8.05 | 21.82 |
| Bonus | 0.00 | 53.69 | 53.69 | FICA TAX | 34.40 | 93.25 |
| Overtime I | 1.75 | 25.99 | 51.98 | PA STATE TAX | 17.04 | 46.18 |
| | | | | Tamaqua B LST | 2.00 | 6.00 |
| | | | | PA EE UNEMP TAX | 0.39 | 1.05 |
| | | | | PA130206 Weissp | 5.55 | 15.04 |

| PAY RATE | CURRENT EARNINGS | CURRENT DEDUCTIONS | NET PAY | Y.T.D EARNINGS | Y.T.D. DEDUCTIONS | Y.T.D. NET PAY |
|---|---|---|---|---|---|---|
| 9.90 | 554.88 | 90.03 | 464.85 | 1504.05 | 235.09 | 1268.96 |

TNC            MOYER, T.        10/09/2016   0603751

| ygroup | EMPLOYEE NO. | EMPLOYEE NAME | | | PERIOD END | CHECK NO. |
|---|---|---|---|---|---|---|
| RNINGS | HRS/UNITS | CURRENT AMOUNT | YEAR TO DATE | DEDUCTIONS | CURRENT AMOUNT | YEAR TO DATE |
| egular | 56.00 | 554.40 | 871.20 | FED INCOME TAX | 23.30 | 29.15 |
| on-Productive | 0.00 | 0.00 | 51.98 | MEDICARE TAX | 8.15 | 13.77 |
| vertime I | 0.50 | 7.43 | 25.99 | FICA TAX | 34.83 | 58.85 |
| | | | | PA STATE TAX | 17.25 | 29.14 |
| | | | | Tamaqua B LST | 2.00 | 4.00 |
| | | | | PA EE UNEMP TAX | 0.39 | 0.66 |
| | | | | PA130206 Weissp | 5.62 | 9.49 |

| PAY RATE | CURRENT EARNINGS | CURRENT DEDUCTIONS | NET PAY | Y.T.D EARNINGS | Y.T.D. DEDUCTIONS | Y.T.D. NET PAY |
|---|---|---|---|---|---|---|
| 9.90 | 561.83 | 91.54 | 470.29 | 949.17 | 145.06 | 804.11 |

| HTNC | | | | MOYER, T. | | 09/25/2016 | 0603736 |
|------|---|---|---|----------|---|------------|---------|
| | EMPLOYEE NO. | | | EMPLOYEE NAME | | PERIOD END | CHECK NO. |

| Paygroup | | | | DEDUCTIONS | CURRENT AMOUNT | YEAR TO DATE |
|----------|---|---|---|------------|----------------|--------------|
| EARNINGS | HRS/UNITS | CURRENT AMOUNT | YEAR TO DATE | FED INCOME TAX | 5.85 | 5.85 |
| Regular | 32.00 | 316.80 | 316.80 | MEDICARE TAX | 5.62 | 5.62 |
| Non-Productive | 5.25 | 51.98 | 51.98 | FICA TAX | 24.02 | 24.02 |
| Overtime I | 1.25 | 18.56 | 18.56 | PA STATE TAX | 11.89 | 11.89 |
| | | | | Tamaqua B LST | 2.00 | 2.00 |
| | | | | PA EE UNEMP TAX | 0.27 | 0.27 |
| | | | | PA130206 Weissp | 3.87 | 3.87 |

| PAY RATE | CURRENT EARNINGS | CURRENT DEDUCTIONS | NET PAY | Y.T.D EARNINGS | Y.T.D. DEDUCTIONS | Y.T.D. NET PAY |
|----------|------------------|--------------------|---------|----------------|-------------------|----------------|
| 9.90 | 387.34 | 53.52 | 333.82 | 387.34 | 53.52 | 333.82 |