In re:  
Dennis Robert Moyer  
Tammy Lee Moyer  
       Debtors

Case No. 16-02445-JJT  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0314-5    User: TWilson    Page 1 of 1    Date Rcvd: May 09, 2017  
                   Form ID: ntfnmg    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 11, 2017.  
db/jdb      #+Dennis Robert Moyer,    Tammy Lee Moyer,    509 White St.,    Weissport, PA 18235-2708

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2017                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 9, 2017 at the address(es) listed below:

      Eric James Filer    on behalf of Debtor Dennis Robert Moyer efiler@uslawcenter.com, ecf@uslawcenter.com  
      Eric James Filer    on behalf of Joint Debtor Tammy Lee Moyer efiler@uslawcenter.com, ecf@uslawcenter.com  
      Joshua I Goldman    on behalf of Creditor    HomeBridge Financial Services, Inc. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
      Robert P. Sheils, Jr (Trustee)    rsheils@sheilslaw.com, rmcdonald@sheilslaw.com;PA41@ecfcbis.com;psheldon@sheilslaw.com  
      Thomas I Puleo    on behalf of Creditor    HomeBridge Financial Services, Inc. tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
      United States Trustee    ustpregion03.ha.ecf@usdoj.gov

    TOTAL: 6

ntfnmg(03/13)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Dennis Robert Moyer<br>aka Dennis Moyer, aka Dennis R. Moyer<br>Tammy Lee Moyer<br>aka Tammy Moyer, aka Tammy L. Moyer | Chapter 7<br><br>Case No. 5:16−bk−02445−JJT |
| Debtor(s) | |

## Notice

**Notice of Requirement to File Certification of Completion of Financial Management Course:**

Pursuant to Rule 1007 of the Federal Rules of Bankruptcy Procedure, you are required to file with the Court a statement of completion of a course concerning personal financial management (Official Form 423) before an Order of Discharge can be issued. If you do not file this statement on or before **May 23, 2017**, your case may be closed without the issuance of a discharge. If you subsequently file a Motion to Reopen the Case to allow for the filing of this statement, you must pay the full case reopening fee.

Official Form B 423 can be accessed at http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Terrence S. Miller<br>By: TWilson |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: May 9, 2017 |