```
                        United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                              Case No. 16-02445-JJT
Dennis Robert Moyer                                                 Chapter 7
Tammy Lee Moyer
         Debtors                   CERTIFICATE OF NOTICE
District/off: 0314-5          User: TWilson              Page 1 of 1            Date Rcvd: Jun 02, 2017
                              Form ID: 318               Total Noticed: 16
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 04, 2017.
```
db/jdb         #+Dennis Robert Moyer,    Tammy Lee Moyer,    509 White St.,    Weissport, PA 18235-2708
4800581         Apex Asset,    2501 Oregon Pike,    Lancaster, PA 17601-4890
4824137         CREDITONE, LLC,    P.O. BOX 625,    METAIRIE, LA 70004-0625
4823703        +HomeBridge Financial Services, Inc.,    Cenlar FSB,    425 Phillips BLVD,    Ewing, NJ 08618-1430
4800587         Midwst Rcvry,    2747 W Clay St,    Saint Charles, MO 63301-2557
4800588         National Recovery Agen,    2491 Paxton St,    Harrisburg, PA 17111-1036
4800589         Onemain Fi,    PO Box 499,    Hanover, MD 21076-0499
4800590         Penn Credit Corporatio,    916 S 14th St,    Harrisburg, PA 17104-3425
4843432        +Porania, LLC,    P.O. Box 12213,    Scottsdale, AZ 85267-2213
4847907         Wells Fargo Bank, N.A.,    P.O. Box 45038 MAC Z3057012,    Jacksonville, FL 322325038
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4800582         E-mail/Text: banko@berkscredit.com Jun 02 2017 19:04:53      Berks Cc,    900 Corporate Dr,
                 Reading, PA 19605-3340
4800583         E-mail/Text: banko@berkscredit.com Jun 02 2017 19:04:53      Berks Credit & Coll,
                 900 Corporate Dr,    Reading, PA 19605-3340
4800584         E-mail/Text: kzoepfel@credit-control.com Jun 02 2017 19:04:59       Central Loan Admin & R,
                 425 Phillips Blvd,    Ewing, NJ 08618-1430
4800585         EDI: CCS.COM Jun 02 2017 19:03:00      Credit Coll,    PO Box 607,    Norwood, MA 02062-0607
4800586        +E-mail/Text: bankruptcygpl@greatplainslending.com Jun 02 2017 19:05:04       Grplndg,
                 112 Paradise Dr,    Red Rock, OK 74651-2202
4800588         E-mail/Text: Bankruptcies@nragroup.com Jun 02 2017 19:05:14       National Recovery Agen,
                 2491 Paxton St,    Harrisburg, PA 17111-1036
4833231        +EDI: AGFINANCE.COM Jun 02 2017 19:03:00      ONEMAIN FINANCIAL,    605 MUNN ROAD,
                 FT. MILL, SC 29715-8421
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 04, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 2, 2017 at the address(es) listed below:
```
              Eric James Filer    on behalf of Debtor Dennis Robert Moyer efiler@uslawcenter.com,
               ecf@uslawcenter.com
              Eric James Filer    on behalf of Joint Debtor Tammy Lee Moyer efiler@uslawcenter.com,
               ecf@uslawcenter.com
              Joshua I Goldman    on behalf of Creditor   HomeBridge Financial Services, Inc.
               bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Robert P. Sheils, Jr (Trustee)    rsheils@sheilslaw.com,
               rmcdonald@sheilslaw.com;PA41@ecfcbis.com;psheldon@sheilslaw.com
              Thomas I Puleo    on behalf of Creditor   HomeBridge Financial Services, Inc.
               tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 6
```

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Dennis Robert Moyer** <br> First Name   Middle Name   Last Name | Social Security number or ITIN | xxx−xx−9407 |
| | | EIN | _ _−_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | **Tammy Lee Moyer** <br> First Name   Middle Name   Last Name | Social Security number or ITIN | xxx−xx−4278 |
| | | EIN | _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Middle District of Pennsylvania** | | | |
| Case number:   **5:16−bk−02445−JJT** | | | |

# Order of Discharge                                                                              12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Dennis Robert Moyer                                       Tammy Lee Moyer
aka Dennis Moyer, aka Dennis R. Moyer         aka Tammy Moyer, aka Tammy L. Moyer

**By the court:**   _[signature]_

June 2, 2017

                                                                    Honorable John J. Thomas
                                                                    United States Bankruptcy Judge

                                                                    By: TWilson, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                           **Order of Discharge**                              page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**